UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CURTIS VAN STUYVESANT,<br><br>        Plaintiff,<br><br>-against-<br><br>MELISSA ANN CRANE, Justice of the Supreme Court, County of New York, Civil Term, et al.,<br><br>        Defendants. | 1:23-CV-4394 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued July 27, 2023, dismissing this action,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under federal law for the reasons set forth in the Court's July 27, 2023 order, and declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law, *see* 28 U.S.C. § 1367(c)(3). The Court denies Plaintiff's application for the Court to request *pro bono* counsel as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 30, 2023
    New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                  Chief United States District Judge